UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 26-1055
(1:24-cv-00941-JKB)

_____

GRACE OCEAN PRIVATE LIMITED, as Owner of the M/V DALI; SYNERGY MARINE PTE, LTD, as Manager of the M/V DALI

    Petitioners - Appellees

v.

UNITED SOURCE ONE, INC.

    Claimant - Appellant

---

This case has been opened on appeal.

| Originating Court | United States District Court for the District of Maryland at Baltimore |
|---|---|
| Originating Case Number | 1:24-cv-00941-JKB |
| Date notice of appeal filed in originating court: | 01/09/2026 |
| Appellant | United Source One, Inc. |
| Appellate Case Number | 26-1055 |
| Case Manager | P. Ballard<br>804-916-2702 |