# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

April 23, 2026

_____

DOCKET CORRECTION NOTICE

_____

No.     26-1055,    Grace Ocean Private Limited v. United Source One, Inc.

1:24-cv-00941-JKB

Grace Ocean Private Limited

TO:     United Source One, Inc.

Synergy Marine Pte, Ltd

BRIEF OR JOINT APPENDIX CORRECTION DUE:  April 28, 2026

Please make the correction identified below and file a corrected document by the due date indicated. Use the **BRIEF** or **JOINT APPENDIX** entry and select "Corrected" as a modifier if corrections require the refiling of the electronic brief/joint appendix. Arrangements may be made with the clerk for return of paper copies for correction, if applicable. The time for filing the next brief is unaffected by this notice.

[X] Brief citations do not reference correct page number of the corrected joint appendix. Please refer to **Appendix Pagination & Brief Citation Guide** to correct.

P. Ballard, Deputy Clerk
804-916-2702