UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
RESPONSE – SIMILAR CASES

Appeal No. & Caption: No. 26-1055: Grace Ocean Private Limited v. United Source One, Inc.

Please select the appropriate option below:

☐ I am not aware of any cases pending in the United States Court of Appeals for the Fourth Circuit or the Supreme Court of the United States raising issues similar to those raised by the instant case.

☑ I am aware of the following case(s) pending in the United States Court of Appeals for the Fourth Circuit or the Supreme Court of the United States raising issues similar to those raised by the instant case. (Please include a concise description of the similar issues):

Grace Ocean Private Limited et al. v. Shabir Nabizadah and Mahdi Sultanzadah
No. 26-1666 (4th Cir.)

Issue presented for review: Did the District Court abuse its broad discretion under Supplemental Rule F(4) in denying Appellants' motion for leave to file a late claim over 19 months after the deadline, where Petitioners gave proper notice, Appellants did not identify an adequate reason for their delay, and the late claim would prejudice Petitioners?

Signature: [signature] Counsel for: Appellees

Date: 9/11/2026

Grace Ocean Private Limited & Synergy Marine Pte, Ltd

**File using event:** RESPONSE/ANSWER (to Similar Case notice)