FILED: November 9, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 26-1055
(1:24-cv-00941-JKB)

---

GRACE OCEAN PRIVATE LIMITED, as Owner of the M/V DALI; SYNERGY MARINE PTE, LTD, as Manager of the M/V DALI

Petitioners - Appellees

v.

UNITED SOURCE ONE, INC.

Claimant - Appellant

---

O R D E R

---

This case is currently calendared for oral argument on December 9, 2026.

For reasons appearing to the court, this case is removed from the oral argument calendar and submitted for a decision on the briefs pursuant to Fed. R. App. P. 34(a)(2) and Local Rule 34(a).

For the Court

/s/ Nwamaka Anowi, Clerk